**UNITED STATES DISTRICT COURT**

**DISTRICT OF MAINE**

| | | |
|---|---|---|
| **ROBERT MARION,** | ) | |
| | ) | |
| **PETITIONER** | ) | |
| | ) | **No. 2:04-CR-94-DBH** |
| v. | ) | **No. 2:12-CV-215-DBH** |
| **UNITED STATES OF AMERICA,** | ) | **No. 2:08-CV-60-DBH** |
| | ) | |
| **RESPONDENT** | ) | |

**ORDER AFFIRMING RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

On August 3, 2012, the United States Magistrate Judge filed with the court, with copies to the parties, her Recommended Decision on Second or Successive Motion Under 28 U.S.C. § 2255. The petitioner filed his objection to the Recommended Decision on August 13, 2012. I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The petitioner's motion is summarily **DISMISSED WITHOUT PREJUDICE** and without further proceedings.

**SO ORDERED.**

**DATED THIS 4TH DAY OF SEPTEMBER, 2012**

/S/ D. BROCK HORNBY
**D. BROCK HORNBY
UNITED STATES DISTRICT JUDGE**