# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | | |
|---|---|---|
| **ROBERT MARION,** | ) | |
| | ) | |
| **PETITIONER** | ) | |
| | ) | **No. 2:04-CR-94-DBH** |
| v. | ) | **No. 2:12-CV-215-DBH** |
| **UNITED STATES OF AMERICA,** | ) | **No. 2:08-CV-60-DBH** |
| | ) | |
| **RESPONDENT** | ) | |

## ORDER

The Court of Appeals for the First Circuit has directed that I issue or deny a certificate of appealability on my Order of September 4, 2012. A certificate of appealability is **DENIED**. As the Magistrate Judge ruled and I affirmed, the petitioner must seek permission directly from the First Circuit to pursue this second application for post-conviction relief.

**SO ORDERED.**

**DATED THIS 9TH DAY OF OCTOBER, 2012**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**